**Eddie CURRENCE, Plaintiff–
Appellant,**

v.

**BRUCE HARDWOOD FLOORING
LIMITED PARTNERSHIP, d/b/a
Bruce Hardwood Flooring; Triangle
Pacific Corporation, d/b/a Bruce
Hardwood Flooring, a Division of Tri-
angle Pacific Corporation, Defen-
dants–Appellees.**

No. 00–2393.

United States Court of Appeals,
Fourth Circuit.

Submitted May 31, 2001.

Decided Sept. 10, 2001.

Eddie Currence, pro se. Edward Bo-
grad, Frederick Martin Thurman, Jr., Shu-
maker, Loop & Kendrick, Charlotte, NC;
Frank P. Bush, Jr., Bush & Bush, Elkins,
WV, for appellees.

Before WILKINS, KING, and
GREGORY, Circuit Judges.

PER CURIAM.

Eddie Currence appeals the district
court's order granting relief for Defen-
dants in Currence's action claiming age
discrimination in employment. We have
reviewed the record and the district
court's opinion and find no reversible er-
ror. Accordingly, we affirm on the reason-
ing of the district court. *See Currence v.
Bruce Hardwood Flooring Ltd. P'ship,*
No. CA–99–101–2 (N.D.W.Va. Sept. 27,
2000). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*AFFIRMED.*